IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANDREW HEARN                                                                                    PLAINTIFF

V.                              NO.  3:07cv00018 SWW

CRAIGHEAD COUNTY DETENTION CENTER, et al                     DEFENDANTS

ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this complaint in its entirety, without prejudice.  Any pending motions are denied as moot.

IT IS SO ORDERED this 16th day of July, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE