IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANDREW HEARN                                                                          PLAINTIFF

V.                        NO.  3:07cv00018 SWW

CRAIGHEAD COUNTY DETENTION CENTER, et al          DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint in its entirety, without prejudice.

IT IS SO ORDERED this 16th day of July, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE